HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL BROMM, Plaintiff, vs. LEWIS COUNTY; SEAN SWOPE, in his individual capacity; WARREN MCLEOD, in his individual capacity; JONATHAN MEYER, in his individual capacity; ROBERT SNAZA, in his individual capacity; CITY OF CENTRALIA; ANDY CALDWELL, in his individual capacity; JOHN AND JANE DOEs 1-10; AND GOVERNMENT ENTITY/CORPORATE DOEs 1-10, Defendants. | No. 3:26-CV-05384-BHS<br>DECLARATION OF WARREN MCLEOD |

I, Warren McLeod, hereby declare under penalty of perjury under the law of the State of Washington that the following is true and correct.



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

1. I am over the age of 18 and competent to testify.

2. I am the Coroner for Lewis County, an elected position I've held since January 1, 2011. I'm also a Forensics Professor at South Puget Sound Community College. And I'm a nationally registered death investigator through the American Board of Medical Legal Death Investigators (ABMDI), and a certified death investigator through the Washington Criminal Justice Training Council and the Washington Association of Coroners Medical Examiners.

3. Prior to becoming Lewis County Coroner, I worked as an EMT for fourteen years, as an Auxiliary/Reserve police officer in a town north of Boston for nine years, and as an Investigator with the Clark County Coroner/Medical Examiner's Office in Las Vegas for over ten years, during which I handled more than 5,000 death investigations.

4. My office is responsible for determining the cause and manner of reported deaths by conducting professional medicolegal death investigations while ensuring that everyone who has suffered a loss is treated with dignity, respect and compassion. The importance of professionalism, accountability, trust with the community, our partners in law enforcement, and the judiciary, and partnership with those involved in the process, is evident from my office's vision statement

//



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

which reads as follows:

- The Lewis County Coroner's Office is accessible and accountable to the public, media and other elected officials.

- The Lewis County Coroner's Office continually strives to increase the proficiency and professionalism of all staff members through training.

- The Lewis County Coroner's Office endeavors to develop and strengthen partnerships with the public safety community.

- The Lewis County Coroner's Office works with community partners to adopt a proactive approach to reducing preventable deaths.

5. In my role as Coroner, I'm responsible for leading my team of medicolegal death investigators as well as running the administration of the office.

6. Among other things, the Lewis County Coroner's Office is responsible for determining the cause and manner of deaths reported. A cause of death is the factor that led directly to the death. The manner is one of five categories into which the cause is classified:

- Homicide: the killing of one human being by another;

- Suicide: the intentional taking of one's own life;

- Accidental: no intention of causing the death;

- Natural: the disease process; and

- Undetermined: the death cannot be categorized into any other manner.



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

7. My office is comprised of primarily two positions: (a) Removal Technicians who are responsible for going to scenes to remove and transport a decedent back to the Coroner's Office; and (b) Deputy Coroners who have an investigative role and who go to the scene of the death to conduct a medicolegal death investigation to determine the cause and manner of death. Both of these roles require significant professionalism, discretion, trust, and partnership with others as they have direct contact with the body, personal possessions on the body (like money) and the individuals experiencing loss, as well as law enforcement, who is responsible for the scene.

8. In approximately March 2024, I hired Paul Bromm as an on-call Removal Technician.

9. In approximately September 2025, I promoted Mr. Bromm to the position of on-call Deputy Coroner. The on-call Deputy Coroner position is classified as "extra help" and works from home on call. In this role, when Mr. Bromm received a call, he was expected to respond to the location where a death had occurred to conduct a medicolegal death investigation. He got paid a stipend for being on call and an hourly rate for the hours he worked on the investigation which was generally 4-6 hours for a natural death investigation and up to 8-10 hours on a more complicated case such as a homicide, accidental, undetermined, suicide or child death.



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

10. In conducting an investigation, the Deputy Coroner works closely with law enforcement agencies in Lewis County, conducting interviews with law enforcement, medical staff and the decedent's families, friends, or witnesses, to get a baseline series of events leading up to and what occurred after the death; documents the scene with photographs, paperwork, and scene sketches; locates, marks, and documents evidence; and completes a head-to-toe physical examination on the decedent to locate and document any injuries, scars/marks or changes.

11. Some cases require an autopsy, including any type of non-natural deaths or apparent natural deaths in younger decedents with no medical history. In some cases, toxicology is required. The results of the autopsy and the toxicology results are examined by the Forensic Pathologist, and the cause and manner of death are based on those findings.

12. When I first learned that Charlie Kirk was shot by an assassin's bullet, I did not know who Charlie Kirk was. I later learned that Mr. Bromm had posted disgusting, mocking, celebratory-type comments about Mr. Kirk's death. For example, there was a picture of Mr. Kirk the moment the bullet hit with the comment "FAFO" (Fuck Around and Find Out), which obviously showed that Mr. Bromm thought Mr. Kirk deserved to be killed and that the killing was funny to Mr. Bromm. Mr. Bromm also posted to the effect that Charlie Kirk was a bad person and he's glad he is dead. This is the comment that I found most offensive



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

since in subsequent conversations Mr. Bromm admitted he had never spoken to or met Charlie Kirk. I found Mr. Bromm's posts on the topic to be extraordinarily inappropriate, especially given that he was a Deputy Coroner charged with conducting unbiased investigations into people's deaths, yet he was publicly celebrating the death of another human being – a political figure who was apparently loved by many on one side of the aisle. I was also concerned about Mr. Bromm's posts being associated with my office because a photo of him had been posted wearing a shirt and hat, both marked with our Lewis County Coroner's Office patch and it was on an Antifa emblem. This had been sent to me.

13. I told Mr. Bromm to take down the post celebrating Mr. Kirk's death. After doing so, however, I came to believe that Mr. Bromm had a First Amendment right to post whatever he wanted and I didn't have the authority to tell him to remove it. So I called Mr. Bromm back and told him my new understanding: that I couldn't make him remove his post. While he was an "at will" employee whom I no longer wanted to work for me, it was my understanding at that moment that terminating him would violate his 1st Amendment rights.

14. I then received multiple calls and emails from citizens complaining about Mr. Bromm's posts. I responded to each one of them.

15. On or about September 12, 2025, Lewis County Prosecutor, Jonathan Meyer, sent me a PID letter issued in relation to Mr. Bromm's posts regarding



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

Charlie Kirk. I read the letter and noticed that Prosecutor Meyer had listed Mr. Bromm's job title as Removal Technician. But I had promoted Mr. Bromm from Removal Technician to Deputy Coroner. I notified Prosecutor Meyer of the error in title and the correct title of Mr. Bromm. Later that day, Prosecutor Meyer sent me a corrected PID letter in relation to Mr. Bromm's posts regarding Charlie Kirk, with a correct job title. I did not request the PID letter from the Prosecutor.

16. I believed that Mr. Bromm's posts called into question his ability to conduct unbiased death investigations, brought shame to my office, and broke trust with our partners in law enforcement. On September 12, 2025, I placed Mr. Bromm on paid administrative leave while I consulted with Human Resources and the civil side of the Prosecuting Attorney's Office (who serve as our "in house" counsel) about how to proceed.

17. That same day, Lewis County Sheriff Robert Snaza called me and told me that given Mr. Bromm's posts, he didn't want Mr. Bromm to respond to any calls with the Sheriff's Office regarding a death that's not natural – anything suspicious or a suicide, given the importance of the integrity of any potential criminal investigation involving death. I requested that the Sheriff put his position in writing. I did not in any way cause or pressure Sheriff Snaza to reach his position about Mr. Bromm.



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

18. On or about September 17, 2025, I received a letter from Sheriff Snaza indicating that it was in his office's best interest for Mr. Bromm not to respond to any calls with the Sheriff's Office regarding a suspicious death and/or death that required a criminal investigation. I understood the Sheriff's decision given the inappropriate and offensive nature of Mr. Bromm's posts (including the celebration of death), and the importance of not jeopardizing the integrity of any potential criminal investigation involving death.

19. That same day, I received an email from the Chief of Police of the City of Centralia, Andy Caldwell, requesting that Mr. Bromm not be dispatched without being accompanied by a supervisor to any investigation within the City of Centralia where the death may be connected in any way to a criminal act. Just as with the Sheriff, I had no role in causing or pressuring Chief Caldwell to come to this position.

20. I came to understand that Mr. Bromm could be lawfully terminated because, for example, the public's concern about Mr. Bromm's posts caused disruption to my office and, his position required public trust and his hateful speech celebrating death called into question his ability to conduct unbiased investigations. And clearly a great number of our community members liked Charlie Kirk and were shocked by his assassination. I thereafter made the decision to terminate Mr. Bromm's employment. On September 22, 2025, I met with Mr.



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

Bromm with HR present and terminated Mr. Bromm's employment by issuing him a termination letter.

21. As the elected Coroner, I alone decided to terminate Mr. Bromm.

22. Mr. Bromm's Complaint states that Mr. Bromm "had never testified in any criminal proceeding, and was not anticipated to testify in any pending or foreseeable criminal matter." While Mr. Bromm hadn't testified as an employee of the Lewis County Coroner's Office, it is inaccurate to say that he wouldn't ever be called to testify. He was a Deputy Coroner who handled and investigated dead bodies, including at crime scenes, and may have been subpoenaed to testify about scenes and his work.

23. As stated above, I believe that Mr. Bromm's post undermined the Coroner's Office's relationship of trust with the public. While Coroners are not technically "law enforcement" in Washington (except that they can sometimes serve as the Sheriff under RCW 36.24.010, conduct inquests and issue subpoenas, for example), we work with our law enforcement partners on death scenes, crime scenes, and inquests, for example. As Coroner, I have a strong interest in maintaining trust and confidence with the communities I serve. Mr. Bromm's public posts threatened that trust. And the posts certainly made him stand out as unhinged, biased, and unreliable.



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

24. Additionally, the communities we serve are diverse politically, ethnically, and in a multitude of other ways. It is important these diverse communities see my office as fair-minded, unbiased and worthy of their trust. Mr. Bromm's posts showed the opposite of what I aspire my office to be and showed him uniquely unqualified for his position.

25. The timing of Mr. Bromm's posts – right after the assassination and during a period of national shock and horror by millions – is also troublesome. Far from being "private," Mr. Bromm's Facebook public post had the reasonable potential to -- and, in fact, quickly did -- reach the broader public that I sought to maintain a relationship of trust with.

26. Mr. Bromm's Complaint makes allegations to the effect that before his posts were made, I was aware that his politics were to the left side of the aisle and that I didn't previously have any issues with him. I don't recall having such knowledge, but it well may be true. Frankly, I have no interest in any employee's political views; they have a right to believe whatever they want. But Mr. Bromm was not terminated for his views. In fact, if Mr. Bromm had cheered and mocked the death of anyone at all, I would have terminated him for the same reasons. What he posted was wildly inappropriate, particularly given that we deal with

//



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

death every day and all the people it deeply impacts, like law enforcements, victims, families of the deceased, and the public.

DATED this 1 day of July, 2026 in CHEHALIS, WA.

By: [signature]
WARREN MCLEOD



Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021