The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL BROMM,

        Plaintiff,

        v.

LEWIS COUNTY; SEAN SWOPE, in his individual capacity; WARREN McLEOD, in his individual capacity; JONATHAN MEYER, in his individual capacity; ROBERT SNAZA, in his individual capacity; CITY OF CENTRALIA; ANDY CALDWELL, in his individual capacity; JOHN AND JANE DOEs 1-10; AND GOVERNMENT ENTITY CORPORATE DOEs 1-10,

        Defendants.

NO.  3:26-cv-05384-BHS

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S ANSWER TO COMPLAINT FOR DAMAGES

Defendants City of Centralia (the "City") and Andy Caldwell (collectively, "Defendants") answer Plaintiff Paul Bromm's ("Plaintiff") Complaint for Damages as follows:

## I.  SUMMARY OF THE ACTION

1.      Defendants admit that Plaintiff Bromm was a Lewis County public employee and was terminated. As to any remaining allegations, Defendants lack sufficient information and/or knowledge to admit or deny the allegations contained in this paragraph as to other defendants and therefore deny the same.

2.      These allegations are not directed at these answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S ANSWER TO COMPLAINT FOR DAMAGES - 1 (NO. 3:26-cv-05384-BHS) 4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

3.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

4.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

5.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

6.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

7.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

8.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

9.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

10.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

11.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

12.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

13.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

14.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 2
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

15. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

16. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

17. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

18. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

19. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

20. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

21. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

22. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

23. In response to Paragraph 23, Defendants admit that Defendant McLeod sent Andy Caldwell a text on September 17, 2025, which speaks for itself, and that Mr. Caldwell had a telephone conversation with Mr. McLeod. Andy Caldwell admits that he also sent an email, which speaks for itself. As to any remaining allegations, Defendants lack sufficient information and/or knowledge to admit them and therefore deny the same.

24. In response to Paragraph 24, Defendants admit that Andy Caldwell exchanged text messages with Defendant McLeod which speak for themselves.

25. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 3
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

26.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

27.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

28.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

29.    As to the allegations against Defendant Caldwell, Defendants deny.  As to the remaining allegations, Defendants lack sufficient information and/or knowledge to admit or deny them and therefore deny the same.

30.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

31.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

32.    These allegations call for a legal conclusion to which no response is required.  To the extent a response is required, Defendants deny.

## II.  JURISDICTION AND VENUE

33.    Answering the allegations contained in paragraph 33, admitted.

34.    Answering the allegations contained in paragraph 34, admitted.

35.    These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

36.    Answering the allegations contained in paragraph 36, admitted.

37.    Answering the allegations contained in paragraph 37, admitted.

## III.  PARTIES

38.    Defendants admit the same by Plaintiff's own admission.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 4
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

39.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

40.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

41.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

42.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

43.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

44.    Defendant City of Centralia admits it is a municipal corporation in the State of Washington and Defendant Andy Caldwell admits that he is the Chief of Police for the City of Centralia, but Defendants lack sufficient information and/or knowledge to admit or deny the remaining allegations contained in this paragraph and therefore deny the same.

45.    In response to the allegations contained in Paragraph 45, Defendant Andy Caldwell admits that he was appointed as the Chief of Police for the City of Centralia, but Defendants deny the remaining allegations set forth therein.

46.    These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

47.    These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

### IV.  FACTUAL ALLEGATIONS

48.    Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 5
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

49. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

50. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

51. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

52. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

53. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

54. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

55. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

56. These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

57. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

58. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

59. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

60. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 6
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

61.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

62.    These allegations call for a legal conclusion to which Defendants are not required to respond.  To the extent a response is required, Defendants deny.

63.    These allegations call for a legal conclusion to which Defendants are not required to respond.  To the extent a response is required, Defendants deny.

64.    These allegations call for a legal conclusion to which Defendants are not required to respond.  To the extent a response is required, Defendants deny.

65.    These allegations call for a legal conclusion to which Defendants are not required to respond.  To the extent a response is required, Defendants deny.

66.    Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

67.    These allegations call for a legal conclusion and/or are directed at parties other than the answering Defendants.  To the extent a response is required, Defendants deny.

68.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

69.    Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

70.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

71.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

72.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 7
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

73. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

74. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

75. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

76. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

77. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

78. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

79. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

80. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

81. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

82. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

83. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

84. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 8
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

85.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

86.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

87.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

88.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

89.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

90.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

91.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

92.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

93.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

94.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

95.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

96.     These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 9
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

97.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

98.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

99.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

100.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

101.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

102.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

103.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

104.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

105.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

106.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

107.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

108.      These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S ANSWER TO COMPLAINT FOR DAMAGES - 10 (NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

109. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

110. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

111. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

112. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

113. Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

114. These allegations call for a legal conclusion to which Defendants are not required to respond. To the extent a response is required, Defendants deny.

115. These allegations call for a legal conclusion to which Defendants are not required to respond. To the extent a response is required, Defendants deny.

116. These allegations call for a legal conclusion to which Defendants are not required to respond. To the extent a response is required, Defendants deny.

117. These allegations call for a legal conclusion to which Defendants are not required to respond. To the extent a response is required, Defendants deny.

118. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

119. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

120. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 11
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

121.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

122.    Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

123.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

124.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

125.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

126.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

127.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

128.    These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

129.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

130.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

131.    These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

132.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 12
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

133. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

134. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

135. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

136. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

137. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

138. In response to Paragraph 138, Defendants admit Andy Caldwell exchanged texts with Mr. McLeod on September 17, 2025, which speak for themselves.

139. In response to Paragraph 139, Defendants admit that Andy Caldwell had a telephone call with Mr. McLeod on September 17, 2025.

140. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

141. In response to Paragraph 141, Plaintiff does not include a copy or text of the email referred to, therefore the Defendants are unable to respond and therefore deny.

142. In response to Paragraph 142, Defendants admit Andy Caldwell sent an email on September 17, 2017, which speaks for itself.

143. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

144. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 13
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

145.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

146.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

147.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

148.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

149.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

150.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

151.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

152.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

153.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

154.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

155.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

156.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 14
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

157.    These allegations are not directed at the answering Defendants therefore no response is required.  To the extent a response is required, Defendants deny.

158.    These allegations are not directed at the answering Defendants therefore no response is required.   To the extent a response is required, Defendants deny.

159.    This allegation is denied.

## V.  CAUSES OF ACTION

**1.    FIRST AMENDMENT RETALIATION – 42 U.S.C. § 1983**
**Against Defendants Sean Swope, Warren McLeod, Jonathan Meyer, Robert Snaza, and Andy Caldwell**

160.    Defendants incorporate by reference their responses to all preceding paragraphs.

161.    Answering the allegations contained in paragraph 161, this paragraph calls for a legal conclusion and thus no answer is required.

162.    Answering the allegations contained in paragraph 162, this paragraph calls for a legal conclusion and thus no answer is required.

163.    Answering the allegations contained in paragraph 163, this paragraph calls for a legal conclusion and thus no answer is required.  To the extent an answer is required, these allegations are denied.

164.    Answering the allegations contained in paragraph 164, this paragraph calls for a legal conclusion and thus no answer is required.  To the extent an answer is required, these allegations are denied.

165.    Answering the allegations contained in paragraph 165, this paragraph calls for a legal conclusion and thus no answer is required.

166.    Answering the allegations contained in paragraph 166, this paragraph calls for a legal conclusion and thus no answer is required.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 15
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

167. Answering the allegations contained in paragraph 162, this paragraph calls for a legal conclusion and thus no answer is required. To the extent an answer is required, these allegations are denied.

168. Answering the allegations contained in paragraph 168, denied.

169. Answering the allegations contained in paragraph 169, this paragraph calls for a legal conclusion and thus no answer is required. To the extent an answer is required, these allegations are denied.

170. Answering the allegations contained in paragraph 170, denied.

171. Answering the allegations contained in paragraph 171, denied.

172. Answering the allegations contained in paragraph 172, denied.

173. These allegations are not directed against Defendants the City or Caldwell, therefore no response is required and are therefore denied.

174. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

175. Answering the allegations contained in paragraph 175, this paragraph calls for a legal conclusion and thus no answer is required. To the extent an answer is required, these allegations are denied.

176. Paragraph 176 does not constitute an allegation that requires a response. To the extent that paragraph 176 does constitute an allegation, Defendants deny every allegation contained in the paragraph.

177. Paragraph 177 does not constitute an allegation that requires a response. To the extent that paragraph 177 does constitute an allegation, Defendants deny every allegation contained in the paragraph.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 16
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

178. Paragraph 178 does not constitute an allegation that requires a response. To the extent that paragraph 178 does constitute an allegation, Defendants deny every allegation contained in the paragraph.

179. Paragraph 179 does not constitute an allegation that requires a response. To the extent that paragraph 179 does constitute an allegation, Defendants deny every allegation contained in the paragraph.

180. Paragraph 180 does not constitute an allegation that requires a response. To the extent that paragraph 180 does constitute an allegation, Defendants deny every allegation contained in the paragraph.

181. These allegations are not directed at the answering Defendants therefore no response is required. To the extent a response is required, Defendants deny.

182. These allegations are not directed at the Defendants therefore no response is required.

183. These allegations are not directed at the answering Defendants therefore no response is required.

184. These allegations are not directed at the answering Defendants therefore no response is required.

185. These allegations are not directed at the answering Defendants therefore no response is required.

186. These allegations are not directed at the answering Defendants therefore no response is required.

187. These allegations are not directed at the answering Defendants therefore no response is required.

188. These allegations are not directed at the answering Defendants therefore no response is required.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 17
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

189.    These allegations are not directed at the answering Defendants therefore no response is required.

190.    These allegations are not directed at the answering Defendants therefore no response is required.

191.    In response to Paragraph 191, Defendants admit Andy Caldwell sent an email on September 17, 2025, which speaks for itself.  The remaining allegations are denied.

192.    In response to Paragraph 192, Defendants admit Andy Caldwell sent an email on September 17, 2025, which speaks for itself.

193.    In response to Paragraph 193, Defendants admit Andy Caldwell sent an email on September 17, 2025, which speaks for itself.  The remaining allegations are not directed at the answering Defendants therefore no response is required.

194.    These allegations are not directed at the answering Defendants therefore no response is required and are therefore denied.

195.    Paragraph 195 does not constitute an allegation that requires a response. To the extent paragraph 195 does constitute an allegation, Defendants deny every allegation contained in the paragraph.

196.    These allegations are not directed at the answering Defendants therefore no response is required and are therefore denied.

197.    These allegations are not directed at the answering Defendants therefore no response is required and are therefore denied.

198.    In response to Paragraph 198, Defendants admit Andy Caldwell had no employment relationship with Plaintiff.  The remaining allegations are denied.

199.    These allegations are not directed at the  answering Defendants therefore no response is required.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 18
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

200.    These allegations are not directed at the answering Defendants therefore no response is required.

201.    These allegations are not directed at the answering Defendants therefore no response is required.

202.    These allegations are not directed at the answering Defendants therefore no response is required.

203.    Answering the allegation contained in paragraph 203, this paragraph calls for a legal conclusion and thus no answer is required.  To the extent an answer is required, Defendants deny.

204.    Answering the allegations contained in paragraph 204, denied.

205.    Answering the allegations contained in paragraph 205, denied.

206.    Answering the allegations contained in paragraph 206, denied.

207.    Paragraph 207 does not constitute an allegation that requires a response. To the extent a response is required, denied.

**2.      FIRST AMENDMENT CONSPIRACY– 42 U.S.C. § 1983**
**Against Defendants Sean Swope, Warren McLeod, Jonathan Meyer, Robert Snaza, and Andy Caldwell**

208.    Defendants incorporate by reference their responses to all preceding paragraphs.

209.    Answering the allegations contained in paragraph 209, this paragraph calls for a legal conclusion and thus no answer is required.

210.    Answering the allegation contained in paragraph 210, denied

211.    Answering the allegations contained in paragraph 211, denied.

212.    These allegations are not directed at the answering Defendants therefore no response is required.

213.    These allegations are not directed at the answering Defendants therefore no response is required.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 19
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

214.    These allegations are not directed at the answering Defendants therefore no response is required.

215.    These allegations are not directed at the answering Defendants therefore no response is required.

216.    These allegations are not directed at the answering Defendants therefore no response is required.

217.    These allegations are not directed at the answering Defendants therefore no response is required.

218.    These allegations are not directed at the answering Defendants therefore no response is required.

219.    In response to Paragraph 219, Defendants admit Andy Caldwell exchanged texts with Mr. McLeod on September 17, 2025 which speak for themselves.  The remaining allegations are not directed at the answering Defendants therefore no response is required.

220.    In response to Paragraph 219, Defendants admit Andy Caldwell sent an email to Defendant McCloud which speaks for itself.

221.    These allegations are not directed at the answering Defendants therefore no response is required.

222.    Answering the allegations contained in paragraph 222, denied.

223.    These allegations are not directed at the answering Defendants therefore no response is required.

224.    Answering the allegations contained in paragraph 224, denied.

225.    Answering the allegations contained in paragraph 225, denied.

226.    Defendants lack sufficient information to admit or deny the allegations set forth in this paragraph and therefore deny the same.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 20
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

227.    These allegations are not directed at the answering Defendants therefore no response is required.

228.    These allegations are not directed at the answering Defendants therefore no response is required.

229.    Answering the allegations contained in paragraph 229, denied.

230.    Answering the allegations contained in paragraph 230, denied.

231.    Answering the allegations contained in paragraph 231, Defendants lack sufficient knowledge as to the truth or falsity as to the allegations contained in this paragraph and therefore deny the same.

232.    Answering the allegations contained in paragraph 232, Defendants lack sufficient knowledge as to the truth or falsity as to the allegations contained in this paragraph and therefore deny the same.

233.    Paragraph 233 contains legal conclusions to which no response is required.  To the extent a response is required, Defendants deny.

**3.    MUNICIPAL LIABILITY – *MONELL***
***Against Defendants Lewis County and City of Centralia***

234.    Defendants incorporate by reference their responses to all preceding paragraphs.

**A.    Municipal Liability – Lewis County**

234. – 247.    The allegations in Paragraphs 234 through 247 are not directed at the answering Defendants therefore no response is required.

**B.    Municipal Liability – City of Centralia**

248.    Defendants admit Andy Caldwell was Chief of Police for the City of Centralia.  The remaining allegations call for legal conclusions to which no response is required.  To the extent a response is required, Defendants deny.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 21
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

249. These allegations call for legal conclusions to which no response is required. To the extent a response is required, Defendants deny.

250. Answering the allegations contained in paragraph 250, denied.

251. Answering the allegations contained in paragraph 251, denied.

252. Answering the allegations contained in paragraph 252, denied.

253. Answering the allegations contained in paragraph 253, denied.

254. Answering the allegations contained in paragraph 254, denied.

255. This paragraph consists of Plaintiff's request for relief to which no response is required. However, Defendants deny that Plaintiff is entitled to any damages against them whatsoever.

**3.      DOXING – RCW 4.24.792**
*Against Defendant Sean Swope*

256. Defendants incorporate by reference their responses to all preceding paragraphs.

257. – 264.      The allegations in Paragraphs 257 through 264 are not directed against Defendants the City or Caldwell, therefore no response is required.

### VI.  PRAYER FOR RELIEF

265. Defendants incorporate by reference their responses to all preceding paragraphs.

266. Paragraph 266 consists of Plaintiff's prayer for relief to which no response is required. To the extent that the prayer for relief contains factual allegations requiring a response, denied.

267. JURY DEMAND: This paragraph requires the attention of the Court and does not require any response from Defendants.

### **AFFIRMATIVE DEFENSES**

Discovery and investigation may reveal that one or more of the following affirmative defenses should be available to Defendants in this matter. Defendants assert said affirmative

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 22
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

defenses as required by the Civil Rules and to preserve their right to raise them.  Upon completion of discovery, and if the facts so warrant, Defendants may withdraw certain defenses as may be appropriate.  Thus, by way of further answer, Defendants allege their affirmative defenses as follows:

1.      Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

2.      Plaintiff's complaint is not in conformity with Fed. R. Civ. P. 8.

3.      Plaintiff failed to exhaust his administrative remedies or otherwise follow pre-filing requirements which are conditions precedent to pursuing his claims

4.      Plaintiff's damages, if any, resulted from the fault of other parties over whom Defendants had no control.

5.      Plaintiff's claims are barred by the doctrines of waiver, laches, and/or estoppel.

6.      Plaintiff is unable to establish essential elements of his claims.

7.      Plaintiff may have failed to mitigate his damages, if any.

8.      Defendants acted in good faith.

9.      Plaintiff's claims are barred, in whole or in part, because they are duplicative.

10.     Plaintiff's claims are barred, in whole or in part, by the doctrine of qualified immunity.

12.     Plaintiff did not engage in constitutionally protected speech.

13.     Plaintiff's claims are frivolous and advanced without reasonable basis entitling Defendants to attorney's fees and costs for defending this action.

14.     Defendants reserve the right to amend their Answer to add additional affirmative defenses, counterclaims or third-party claims as additional information is obtained through discovery.

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 23
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

## DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray as follows:

A.      That Plaintiff's claims be dismissed, in their entirety, with prejudice;

B.      That Defendants be awarded all recoverable attorneys' fees and costs; and

C.      That the Court award Defendants such other and further relief as the Court may deem just.

DATED this 15th day of July, 2026.

s/Jessie L. Harris
s/W. Sean Hornbrook
Jessie L. Harris, WSBA #29399
W. Sean Hornbrook, WSBA #31260
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA  98101-2380
Phone:  (206) 628-6600
Email:  jharris@williamskastner.com
          shornbrook@williamskastner.com

Attorneys for Defendants
City of Centralia and Andy Caldwell

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S
ANSWER TO COMPLAINT FOR DAMAGES - 24
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Jessie L. Harris
Jessie L. Harris, WSBA #29399
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Phone:   (206) 628-6600
Email:   jharris@williamskastner.com

Attorney for Defendants
City of Centralia and Andy Caldwell

DEFENDANTS CITY OF CENTRALIA'S AND ANDY CALDWELL'S ANSWER TO COMPLAINT FOR DAMAGES - 25
(NO. 3:26-cv-05384-BHS)
4905-3072-6562.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600